[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-13145
Non-Argument Calendar
_____

D.C. Docket No. 5:19-cr-00481-LCB-HNJ-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LATHOMAS DAMONDRAE TUCKER,
a.k.a. Daedae Dadon Tucker,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(February 16, 2021)

Before WILLIAM PRYOR, Chief Judge, MARTIN and BRANCH , Circuit
Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Lathomas Tucker in this direct criminal appeal, has moved to withdraw from further representation of Tucker and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that Wallace's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Wallace's motion to withdraw is **GRANTED**, and Tucker's convictions and sentences are **AFFIRMED**.